ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JAN 26 AM 10: 10
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| IN RE: SARALAND, LLLP,<br><br>　　Debtor. | Bankruptcy No. 12-30113 |
| TODD BOUDREAUX, Trustee for Saraland, LLLP,<br><br>　　Plaintiff,<br><br>vs.<br><br>LISTER HARRELL; NIKKI HARRELL a/k/a NIKKI MINCEY d/b/a PLANTATION MANAGEMENT; and PLANTATION MANAGEMENT, INC.,<br><br>　　Defendants. | **CV 314-160**<br><br>(Adversary Number in Bankruptcy Court: 13-03005) |

**O R D E R**

On December 10, 2014, Mr. Lister W. Harrell filed a notice of appeal in the United States Bankruptcy Court in an adversary proceeding, Bankr. Case No. 13-03005 (S.D. Ga. April 29, 2013). Mr. Harrell purports to appeal from Orders entered in the Bankruptcy Court on April 29, 2013 and May 13, 2013.[1] Mr. Harrell did not pay the required appellate filing fee.

On November 18, 2014, the Bankruptcy Court issued a well-reasoned, detailed, fourteen-page Report and Recommendation,

---

[1] The record indicates that there was no order entered in the Bankruptcy Court on April 29, 2013.

recommending denial of Mr. Harrell's <u>in forma pauperis</u> request. (Bankr. Doc. No. 86.) Upon consideration of the Report and Recommendation, and upon a *de novo* review of the underlying bankruptcy proceedings, the Court hereby **ADOPTS** the Report and Recommendation and therefore **DENIES** <u>in forma pauperis</u> status to Mr. Harrell.

This appeal is the ***twenty-first*** appeal filed by Mr. Harrell in the past year. He has not paid a filing fee for any appeal and has been denied <u>in forma pauperis</u> status in every appeal. There is no reason to believe that Mr. Harrell will comply with a directive to pay a filing fee given his failure to do so in any of the prior twenty cases, all of which have now been dismissed. Accordingly, this appeal is **DISMISSED** for want of prosecution, and the Clerk is directed to **CLOSE** the case and **TERMINATE** all pending motions.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE